# In re LAKEMEYER'S ESTATE.*

## BLIZARD v. DRINKHOUSE.

### S. F. No. 2655; June 18, 1901.

#### 65 Pac. 475.

Appeal.—Where Appellant Did not File His Points and authorities in time, but they were on file at the time of hearing, a motion to dismiss the appeal will not be granted, no delay being caused.

APPEAL from Superior Court, City and County of San Francisco; J. V. Coffey, Judge.

Judicial statement of the estate of Eugene Edwin Lakemeyer, deceased.  Motion by Lillie R. Blizard, as contestant, to dismiss the appeal of John A. Drinkhouse, proponent of the last will of deceased.  Motion denied.

A. Ruef and Geo. B. Keane for appellant; Carl Westerfeld for respondent.

PER CURIAM.—A motion by respondent to dismiss the appeal has been submitted.  The ground of the motion is that appellant did not file his points and authorities in time. While the excuse given by one of appellant's attorneys under oath is not entirely satisfactory, still we think it sufficient to save his client from the penalty of a refusal to hear his appeal on its merits, particularly as the points were on file at the time of the hearing, and no delay was caused by the delinquency, which was only for a very short period.  The motion is denied.

*For subsequent opinion, see 135 Cal. 28, 87 Am. St. Rep. 96, 66 Pac. 961.